UNITED STATES of America, Plaintiff–Appellee,

v.

Hector Javier QUINONEZ–MARTINEZ, Defendant–Appellant.

No. 07–50139.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 8, 2008.

Filed June 30, 2008.

Stephen M. Tokarz, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Zandra L. Lopez, Esq., FDSD—Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: HALL, T.G. NELSON, and SILVERMAN, Circuit Judges.

## MEMORANDUM *

Hector Javier Quinonez–Martinez ("Quinonez") appeals his jury conviction and 72-month prison sentence for illegally reentering the United States after being deported. *See* 8 U.S.C. § 1326. Quinonez also appeals the district court's denial of his Rule 29 motion for acquittal. We have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We affirm.

The district court properly denied the Rule 29 motion because the government presented sufficient evidence of alienage, including Quinonez' confession, circumstantial evidence, and a prior removal order. *See United States v. Galindo–Gallegos,* 244 F.3d 728, 732 (9th Cir.2001). Viewing this evidence in the light most favorable to the government, a rational trier of fact could easily find sufficient evidence of alienage. *Id.*

The district court also correctly determined that a conviction under California Penal Code § 211 is a crime of violence under Sentencing Guidelines § 2L1.2. *See United States v. Becerril–Lopez,* 528 F.3d 1133, 1144 (9th Cir.2008).

**AFFIRMED.**

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.